IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00248-GCM

| | |
|---|---|
| WARREN HOWARD, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| MELISSA MCFARLAND | ) |
| CHRIS MCFARLAND | ) |
| JOSH CRUMPLER, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**THIS MATTER** is before the Court upon the Defendants' Motion to Dismiss (Doc. No. 4) and Memorandum in Support (Doc. No. 5). The *pro se* Plaintiff filed a complaint against the Defendants on May 9, 2017. The Defendant filed a Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on May 15, 2017. On June 8, 2017 the Court sent a *Roseboro* Order to the Plaintiff, setting a response deadline of June 22, 2017. The Plaintiff failed to respond.

**IT IS THEREFORE ORDERED** that for good cause shown the Defendant's Motion to Dismiss hereby **GRANTED** and the Plaintiff's complaint is dismissed with prejudice.

**SO ORDERED.**

Signed: June 23, 2017

Graham C. Mullen
United States District Judge