# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Warren Howard, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00248-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Chris McFarland | ) | |
| Melissa McFarland | | |
| Josh Crumpler, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 23, 2017 Order.

June 23, 2017

_____

Frank G. Johns, Clerk
United States District Court